# EXHIBIT A

1

2

3

4

5

6

7           SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

8   EAGLE RIDGE [SPOKANE] HOME          )
    OWNERS ASSOCIATION, a Washington Non )   No.
9   Profit Corporation                  )
                                         )   **COMPLAINT FOR MONEY**
10             Plaintiff,                )   **JUDGMENT AND DECREE OF**
                                         )   **FORECLOSURE**
11  vs.                                  )
                                         )
12  FRANK J. CATUCCI and PAULA R.        )
    CATUCCI, husband and wife; FRUCCI &  )
13  ASSOCIATES, P.S.; INTERNAL REVENUE   )
    SERVICE; ASSOCIATED CREDIT SERVICE, )
14  INC.                                 )

15             Defendants.

16

17          COMES NOW the Plaintiff by and through its legal counsel, Paine Hamblen LLP for

    Complaint against the Defendants as follows:

18

19          1.  Plaintiff, Eagle Ridge [Spokane] Home Owners Association, is a Washington non-

20  profit corporation located in Spokane County, State of Washington.  Plaintiff is hereinafter

    referred to as "HOA".  The HOA is an association of members owning real property within a

21  planned unit development located within Spokane County known as Eagle Ridge.  Eagle

22  Ridge was established on the 5th day of February 1996 by the Declarant recording in the

23  records of Spokane County, State of Washington under Auditors File Number 9602050371 a

24  "Declaration of Protective Covenants, Conditions and Restrictions for Eagle Ridge"

    hereinafter the "CC&R's".

25

COMPLAINT FOR MONEY JUDGMENT - 1

26                                          717 WEST SPRAGUE AVENUE, SUITE 1200
                                            SPOKANE, WA 99201 PHONE (509) 455-6000
27                                                       FAX (509) 838-0007

28

*PAINE HAMBLEN LLP*

JAN 2 6 2012

TAX DIV.

6

2.   Defendant, Frank Catucci, is the owner of record of residential real property located at 6415 South Latah Hills Court, Spokane, Washington 99224 and legally described as

Lot 13, Block 1 of Eagle Ridge Second Addition,  as per plat thereof recorded in Volume 27 of Plats, Page 47, situate in the City of Spokane, Spokane County, Washington, Parcel Number 34076.1413 (herein the "Real Property").

The Real Property is located within the plat of Eagle Ridge. The Defendant Catucci is an Owner within the HOA and is therefore subject to the CC&R's. The Defendant Paula R. Catucci is named herein to the extent that she has or claims to have any interest in the Real Property.

3.   The Defendant Frucci & Associates, P.S. is a judgment creditor of the Defendant Frank Catucci under Superior Court Cause No. 09202642-9 for Spokane County recorded with the Spokane County Auditor under File No. 5837910.

4.   The Defendant Internal Revenue Service recorded a Federal Tax Lien against the Defendant Frank Catucci on June 13, 2011 under Spokane County Auditor File No. 6005978.

5.   The Defendant Associated Credit Service Inc. claims to have a judgment against the Defendant Paula Catucci entered with the Superior Court for Spokane County under Cause No. 08205733-4 and a judgment against the Defendant Paula Catucci with the Superior Court for Spokane County under Cause No. 09202272-5. Neither judgment has been recorded with the Auditor for Spokane County.

6.   As an Owner within the HOA, the Defendant Catucci is responsible for payment to the HOA of periodic assessments in the nature of monthly owner dues and other charges that may be imposed from time to time by the HOA.  In addition, an Owner may be assessed fines for violations of the CC&R's within the discretion of the HOA.

7.   The Defendant Catucci since January 2007 has failed and continues to refuse to pay the HOA monthly dues.  In addition, the Defendant has been in violation of the CC&R's on various occasions and has therefore been assessed various amounts due to such violations.

COMPLAINT FOR MONEY JUDGMENT  - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200,
SPOKANE, WA  99201 PHONE (509) 455-6000
FAX (509) 838-0007

7

8. As provided for in the CC&R's at Section 7, the HOA is entitled to charge interest on past due assessments as well as to charge a late charge in an amount equal to thirty percent (30%) of each such assessment. The CC&R's further provide that in the event the HOA commences an action to collect any assessment or other money due or to foreclose a lien, the prevailing party is entitled to recover its reasonable legal fees and costs.

9. As a result of the Defendant's failure to pay the HOA dues and other assessments as described above, the HOA, as authorized by the CC&R's, filed its notice of claim of lien against the Real Property on May 20, 2008 under Spokane County Auditor's File Number 5677356; on December 23, 2008 under Spokane County Auditor's File Number 5744921; on June 19, 2009 under Spokane County Auditor's File Number 5805093; on September 28, 2009 under Spokane County Auditor's File Number 5837624; and on October 1, 2010 under Spokane County Auditor's File Number 5938893 (herein the "Liens").

10. Through the month of November 2011, the total amount of past due HOA dues, assessments, accrued interest and late fees owed by the Defendant to the HOA is the sum of $5,942.15. Defendant, after demand, continues to refuse to pay said amount.

11. The CC&R's provide that the HOA may elect to foreclose the Liens that have been filed to secure payment of the past due amounts. The HOA has elected to foreclose such Liens in accordance with the CC&R's and Washington law.

12. The HOA has and will incur reasonable legal fees and costs, including but not limited to the cost of a litigation guarantee title report, the total amount of which will proven at the time of trial.

13. Plaintiff re-alleges the previous paragraphs 1.1, 1.2 and 2.1 through 2.7 as though fully set forth herein.

14. Plaintiff is entitled to money judgment against the Defendant in the amount of $5,942.15 together with additional HOA dues, assessments, accrued interest and late charges that accrue from the date of this Complaint through the date of any judgment entered herein.

COMPLAINT FOR MONEY JUDGMENT - 3

8

15.  Plaintiff is further entitled to a decree of foreclosure of the Liens in the Real Property together with an order directing the Sheriff of Spokane County to sell the Real Property in accordance with Washington law to satisfy the amounts claimed due hereunder.

16.  The liens of the Plaintiff at paragraph 9 hereof are superior to and have priority over any interest in the Real Property claimed by the Defendants Frucci &Associates P.S., The Internal Revenue Service and Associated Credit Service, Inc.

17.  The judgments claimed by Defendant Associated Credit Service, Inc. were not recorded with the Spokane County Auditor and therefore do not constitute valid liens in the Real Property nor are the judgments against a person having an interest in the Real Property.

WHEREFORE, based upon the foregoing allegations, Plaintiff Prays that judgment be entered against the Defendants and in favor of the Plaintiff as follows:

1. Against Frank Catucci in the amount of $5,942.15 consisting of past due HOA dues, accrued interest, assessments and late fees and together with HOA dues that accrue during the pendency of this action, reasonable legal fees in the amount of $2,750.00 in the event that judgment should be entered by default, otherwise in an amount to be proven at the time of trial, and together with costs incurred by Plaintiff as will be proven at the time of trial;

2. For a decree of foreclosure of the Liens in the Real Property directing the Sheriff of Spokane County to sell the Real Property in accordance with Washington law and that the proceeds of sale net of any other liens in the Real Property having priority over the Liens herein, be applied in satisfaction of the judgment herein;

3. That by such foreclosure and sale, the rights of each of the Defendants and any persons claiming by, through or under them subsequent to the Liens should be adjudged inferior and subordinate to Plaintiff's Liens and be forever foreclosed, except only for any statutory right of redemption allowed by law.

4. That Plaintiff be permitted to become a bidder and purchaser at the sale, and that purchaser be given immediate possession of the Real Property after sale.

COMPLAINT FOR MONEY JUDGMENT - 4

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200,
SPOKANE, WA  99201 PHONE (509) 455-6000
FAX (509) 838-0007

9

1    5.  That Plaintiff have such other and further relief as may be proper and equitable

2    under the circumstances.

3

4        Dated this ___6___ day of December 2011

5

6                              PAINE HAMBLEN LLP

7

8                              By: _____
                                    Philip S. Brooke III
9                                   WSBA #4580
                                    Attorneys for Plaintiff
10

11    I:\SPODOCS\38078\00004\PLEAD\970513
12

13

14

15

16

17

18

19

20

21

22

23

24

25    COMPLAINT FOR MONEY JUDGMENT  - 5

26

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200,
SPOKANE, WA  99201 PHONE (509) 455-6000
FAX (509) 838-0007

27

28

10

2456753
20

M2    2012 JAN 25 AM 5:49

CTW

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

EAGLE RIDGE [SPOKANE] HOME          )
OWNERS ASSOCIATION, a Washington Non )    No.
Profit Corporation                  )
                                    )    **SUMMONS**
            Plaintiff,              )
                                    )
vs.                                 )
                                    )
FRANK J. CATUCCI and PAULA R.       )
CATUCCI, husband and wife; FRUCCI & )
ASSOCIATES, P.S.; INTERNAL REVENUE  )
SERVICE; ASSOCIATED CREDIT SERVICE,)
INC.                                )
                                    )
            Defendants.             )

TO:    DEFENDANTS ABOVE NAMED:

A lawsuit has been started against you in the above-entitled Court by Plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the Plaintiff within twenty (20) days after the service of this Summons, excluding the day of service within the State of Washington, and sixty (60) days if served out of the State of Washington, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what it asks for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

SUMMONS - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200,
SPOKANE, WA  99201 PHONE (509) 455-6000
FAX (509) 838-0007

11

1    days after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the
2    service on you of this Summons and Complaint will be void.

3        If you wish to seek the advice of an attorney in this matter, you should do so promptly
     so that your written response, if any, may be served on time.

4
5        This Summons is issued pursuant to Rule 4 of Superior Court Rules of the State of
     Washington.

6        DATED this _6_ day of _December_, 2011.

7
8                                   PAINE HAMBLEN LLP

9
10   By: _____
                    Philip S. Brooke III
11                  WSBA #4580
                    Attorneys for Plaintiff

12

13   I:\SPODOCS\38078\00004\PLEAD\970528

14

15

16

17

18

19

20

21

22

23

24

25
     SUMMONS - 2                                    *PAINE HAMBLEN LLP*
26                                      717 WEST SPRAGUE AVENUE, SUITE 1200,
                                        SPOKANE, WA 99201 PHONE (509) 455-6000
27                                                  FAX (509) 838-0007

28



Case 2:12-cv-00101-LRS    Document 1-1    Filed 02/15/12

Calendar

## No Information is Available for this case

Back to Top

Judgment

## No Information is Available for this case

Back to Top

Documents

Items 1 to 2 of 2

| Availability | Item # | Date | Description | Source |
|---|---|---|---|---|
| Runner | 1 | 02/08/2012 | Summons & Complaint | |
| Runner | 2 | 02/08/2012 | Notice Of Assignment / Jdg Eitzen Judge Ellen Kalama Clark Id#70 | |

Items 1 to 2 of 2

Need a better solution for receiving and sending service in your cases? Get more control over managing service in
all of your cases and reduce associated overhead with LexisNexis File & Serve E-Service. Getting started is easy.
Call 1.800.869.1910 or **click here.**

 LexisNexis®

About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966
Copyright © 2012 LexisNexis®. All rights reserved.